Elizabeth Wessen                                   Case #10-5a310

I am seeking that The Mortgage company
bring the Original Signed Note front and back
Signed with blue Ink. Trott and Trott has never
brought their client to court. Trott and Trott has
never revield the true owner of the note




                                    Elizabeth Wessen
                                  x Elzbeth Wessen  5/4/2010
                                    18749 autumn Ln.
                                    Southfield M.I. 48076
                        Home:  248-594-9881
                        Cell:   405-414-3403

FILED 2010 MAY -4 P 2:07 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT